MIE 3
Revised 07/12

Order of the Court to Recall Summons

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

NORTHY, Scott Allen                             Crim. No.:  10-CR-20333-01

On 03/18/2020 the Court authorized a summons for supervised release violation charge(s).

The probation department is recommending that the summons be recalled.

Reviewed and Approved:                          Respectfully submitted,

s/Russell W. LaForet                            s/Deon McQueen
Supervising United States Probation Officer     United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 25th Day of September, 2020.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge

cc:  U.S. Marshal