UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                    Case No. 10-CR-20333
                    Hon. Matthew F. Leitman

SCOTT ALLEN NORTHY,

    Defendant.
_____/

## ORDER DIRECTING DEFENDANT TO SUPPLEMENT REQUEST FOR APPOINTMENT OF COUNSEL

    Defendant Scott Northy has asked the Court to appoint counsel to assist him in filing a motion for compassionate release. Before the Court can determine whether it is appropriate to appoint counsel, the Court needs more information from Mr. Northy. The Court directs Northy to supplement his request for counsel with an explanation of the grounds on which he believes he is entitled to compassionate release. He should identify the arguments that he wishes counsel to advance on his behalf. He shall file such a supplement by **December 9, 2022**.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: October 3, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 3, 2022, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126