UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 10-cr-20333
Hon. Matthew F. Leitman

SCOTT ALLEN NORTHY,

    Defendant.

_____/

## ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL (ECF No. 59)

Defendant Scott Northy has filed a request for the appointment of counsel. (*See* Mot., ECF No. 59.) Northy seeks counsel to assist him in preparing a motion for compassionate release. According to the Bureau of Prison's records, Northy is scheduled to be released in early January, 2023. Given his fast-approaching release date, the Court **DENIES** his request for the appointment of counsel. Northy will be released before briefing could reasonably be completed, and a decision rendered, on any motion for compassionate release.

    **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  December 14, 2022

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2022, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126